IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON MEADOWS,

    Petitioner,

v.                                              CASE NO. 4:04-cv-00190-MP-AK

U.S. PAROLE COMMISSION,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

By prior order, the Court directed Petitioner, who was released from custody approximately seventeen months ago, to "advise the Court of his current address and whether he intends to proceed with the prosecution of this action." Doc. 13. The Court cautioned Petitioner that if he failed to respond to the Order, the undersigned would recommend dismissal "without any further order from this Court." That order was sent to Petitioner's last known address and has now been returned with notations of "No Longer Here" and "Unable to Forward."

It was Petitioner's duty to keep this Court apprised of a current mailing address, and having failed to do that, the Court has no hesitation in recommending dismissal for failure to prosecute and for failure to obey an order of this Court.

In light of the foregoing, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to obey and order of this Court.

**IN CHAMBERS** at Gainesville, Florida, this **15th** day of November, 2006.

                                                      **s/ A. KORNBLUM**
                                                      **ALLAN KORNBLUM**
                                                      **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**