IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON MEADOWS,

    Petitioner,

v.                                                CASE NO. 4:04-cv-00190-MP-AK

US PAROLE COMMISSION,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute and to follow an order of the Court. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that Plaintiff has failed to prosecute this case and to comply with orders of the Court. Accordingly, it is hereby,

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _27th_ day of April, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge